UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-21604-CIV-ALTONAGA/Goodman

**CLAUDIA PLAZAS ROCHA**,

    Plaintiff,
v.

**BRITISH BROADCASTING CORPORATION**,

    Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On June 25, 2020, the Court entered an Order [ECF No. 35] requiring the parties to submit their proposed settlement agreement for Court approval by July 10, 2020. (*See id.* 2). To date, no proposed settlement agreement has been filed, nor have the parties advised Plaintiff was offered full compensation for her FLSA claim. (*See id.* 1–2). Accordingly, it is

**ORDERED AND ADJUDGED** that the parties are instructed to submit by **July 20, 2020**, for the undersigned's review and approval, their proposed settlement, should Plaintiff not have been offered full compensation on the FLSA claim filed. If Plaintiff was offered full compensation for her FLSA claim, the parties shall file a notice indicating Plaintiff's claim was settled in full by **July 20, 2020**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of July, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record