IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO:  20-CIV-21604-ALTONAGA/Goodman

CLAUDIA PLAZAS ROCHA,
on behalf of herself and all others
similarly situated

      Plaintiff,

vs.

BRITISH BROADCASTING
CORPORATION,

      Defendant.

_____/

## JOINT NOTICE OF SETTLEMENT OF FLSA CLAIMS

Pursuant to the Court's Order dated July 13, 2020 (ECF No. 37), the parties hereby notify the Court as follows:

1.      On June 18, 2020, the parties participated in a settlement conference with Judge Goodman, but were unable to settle the case at that time.

2.      While the settlement conference was not successful, the parties subsequently reached an agreement later that day.  (ECF No. 34.)

3.      This Notice confirms that Plaintiff's FLSA claims were settled in full without admitting liability.

Respectfully submitted this 17th day of July, 2020,

| | |
|---|---|
| s/ Peter Michael Hoogerwoerd | s/ John T. McDonald |
| Peter M. Hoogerwoerd | John T. McDonald (*pro hac vice*) |
| Florida Bar No. 188239 | jmcdonald@reedsmith.com |
| pmh@rgpattorneys.com | Reed Smith LLP |
| Daniel J. Bujan, Esq. | 506 Carnegie Center, Ste. 300 |
| Florida Bar No. 1017943 | Princeton, NJ 08540 |
| dbujan@rgpattorneys.com | 609.524.2041 |
| | |
| **REMER & GEORGES-PIERRE, PLLC** | s/ Sujey S. Herrera |
| 44 West Flagler Street, Suite 2200 | Sujey S. Herrera |
| Miami, FL 33130 | Florida Bar No. 92445 |
| Telephone: (305) 416-5000 | sherrera@reedsmith.com |
| Facsimile: (305) 416-5005 | Reed Smith LLP |
| | 1001 Brickell Bay Drive, Suite 900 |
| | Miami, FL 33131 |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that on July 17, 2020 she filed the foregoing **NOTICE OF SETTLEMENT OF FLSA CLAIMS** with the Clerk of the United States District Court for the Southern District of Florida, using the CM/ECF system, which will serve all counsel of record.

/s/ *Sujey S. Hererra*
Sujey S. Herrera